MARY KAIN, Respondent, *v.* THE CITY OF SYRACUSE, Appellant.

*Kain* v. *City of Syracuse*, 77 Hun, 612, affirmed.
(Argued February 4, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered May 19, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles E. Ide* for appellant.

*William Kennedy* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

CHARLES A. PITTS, as Administrator of MARGARET PITTS, Deceased, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

*Pitts* v. *N. Y., L. E. & W. R. R. Co.*, 79 Hun, 546, affirmed.
(Argued February 5, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered December 18, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frederick Collin* for appellant.

*James Bacon* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur, except HAIGHT and MARTIN JJ., absent.